UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TAMRA SIMPSON and JANE DOE, individually and on :
behalf of all putative class members, :
:
Plaintiffs, :
:
-v-  :  25 Civ. 8184 (JPC)
:
VISITING NURSE SERVICES OF NEW YORK, D/B/A :  ORDER
VNS HEALTH, and NEW PARTNERS, INC., D/B/A :
VNS HEALTH PERSONAL HEALTHCARE, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiffs filed the Complaint in this case on October 3, 2025, with one Plaintiff purporting to proceed as a "Jane Doe." Dkt. 6. A party must seek leave of Court before proceeding under pseudonym. However, "Jane Doe" has not moved the Court to proceed under a pseudonym nor has she complied with this District's rules for filing a sealed or partially sealed case. Unless a motion to proceed anonymously is filed by October 20, 2025, the Court will dismiss "Jane Doe" as a Plaintiff in this action, and this case will proceed as brought by Plaintiff Tamra Simpson, individually and on behalf of all putative class members.

    SO ORDERED.

Dated: October 6, 2025
      New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge