UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
                                                                      :
TAMRA SIMPSON,                                                        :
                                                                      :
                    Plaintiff,                                        :
                                                                      :
          -v-                                                         :        25 Civ. 8184 (JPC)
                                                                      :
VISITING NURSE SERVICES OF NEW YORK, D/B/A  :                                 ORDER
VNS HEALTH, and NEW PARTNERS, INC., D/B/A        :
VNS HEALTH PERSONAL HEALTHCARE,                   :
                                                                      :
                    Defendants.                                       :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned for a conference on January 15, 2026, at 3:00 p.m., to discuss Defendants' January 2, 2026 letter requesting leave to file a motion to dismiss. *See* Dkt. 23. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

By January 9, 2026, Plaintiff must file a letter of not more than five pages responding to the merits raised in Defendants' January 2, 2026 premotion letter, including addressing (1) why the allegations in the Amended Complaint show that Defendants paid Plaintiff wages that were below the state or federal minimum wages; (2) why, assuming that Plaintiff was paid above the state and federal minimum wages, Defendants' alleged time-shaving and failure to credit call-in time violated federal or state labor law; and (3) why it is more than "entirely speculative," *Guthrie v. Rainbow Fencing Inc.*, 113 F.4th 300, 309 n.5 (2d Cir. 2024) (internal quotation marks omitted), that Plaintiff would have contested her pay or received greater social security benefits had Defendants provided her with wage notices, *see Giancotti v. Pizzarotti LLC*, No. 23 Civ. 3457 (JPC), 2025 WL 2607606, at *17-18 (S.D.N.Y. Sept. 9, 2025). Also by January 9, 2026, the parties shall submit to the Court

a proposed case management plan and scheduling order, a template of which is available at

https://www.nysd.uscourts.gov/hon-john-p-cronan.

      SO ORDERED.

Dated: January 7, 2026
      New York, New York

                                  JOHN P. CRONAN
                            United States District Judge