# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: **212-465-1188**
FAX: **212-465-1181**
INFO@LEELITIGATION.COM

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

March 17, 2026

**<u>Via ECF</u>**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

> Re:    *Simpson et al v. Visiting Nurse Services of New York et al.*
>        <u>Case No.: 1:25-cv-08184 (JPC)(RFT)</u>

Dear Judge Cronan:

We are counsel to Plaintiff in the above referenced matter. We write jointly with counsel for Defendants, to inform the Court that the parties have agreed to pursue class wide mediation with Martin Scheinman, Esq. as to the claims asserted by Home Health Aides who provided support services in Westchester, Nassau, and Suffolk Counties (i.e., Home Health Aides whose employment is not governed by a collective bargaining agreement).

The parties have confirmed the mediation for May 15, 2026, and request leave to provide the Court with an update on the outcome within two weeks of completion the mediation. In view of the foregoing, the parties respectfully request that the Court stay all discovery deadlines, and vacate the Mediation Referral Order issued on March 3, 2026 (ECF No. 38).

This is the parties' first request to stay any deadlines in this matter. We thank Your Honor for considering our request.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

All discovery deadlines are stayed until May 29, 2026, and the mediation referral order, *see* Dkt. 38, is vacated. The parties should provide an update on the status of mediation no later than May 29, 2026. The Clerk of Court is respectfully directed to close Dkt. 39.

SO ORDERED
March 17, 2026

JOHN P. CRONAN
United States District Judge