**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TAMRA SIMPSON, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

VISITING NURSE SERVICE OF NEW YORK, *et al*,
Defendants.

**Case No.**: 1:25-cv-08184

**~~[PROPOSED]~~**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants VISITING NURSE SERVICE OF NEW YORK d/b/a VNS HEALTH, and NEW PARTNERS, INC. d/b/a VNS HEALTH PERSONAL CARE (collectively “Defendants”), having offered to allow Plaintiff Tamra Simpson (“Plaintiff”) to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), to resolve her individual claims asserted under the Fair Labor Standards Act in the above-captioned matter brought by her against Defendants, in accordance with the terms and conditions of Defendants’ Rule 68 Offer of Judgment dated July 9, 2026 and filed as Exhibit A to Docket Number 50;

**WHEREAS**, on July 10, 2026, Plaintiff’s attorney having confirmed Plaintiff’s acceptance of Defendants’ Offer of Judgment (Dkt. No. 50);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Tamra Simpson, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants’ Rule 68 Offer of Judgment dated July 10, 2026 and filed as Exhibit A to Docket Number 50. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: July 13, 2026
New York, New York

U.S.D.J.